| Debtor 1 | **ANTONIO E. FAREZ** | Case number *(if known)* | **18-12681** |
|---|---|---|---|
| | Name | | |

**Fill in this information to identify the case:**

| Debtor 1 | **ANTONIO E. FAREZ** |
|---|---|
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **District of New Jersey** (State) |
| Case Number: | **18-12681** |

## Form 4100N
## Notice of Final Cure Payment                                                10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

| | | |
|---|---|---|
| **Name of creditor:** | US BANK NATIONAL ASSOCIATION | **Court claim no.** (if known): 2 |
| **Last 4 digits** of any number you use to identify the debtor's account | 0  3  7  0 | |
| **Property Address:** | 515 JERUSALEM ROAD<br>SCOTCH PLAINS, NJ  07076 | |

### Part 2: Cure Amount

| Total cure disbursments made by the trustee: | Amount |
|---|---|
| a. Allowed prepetition arrearage (or total allowed amount for a mortgage paid in full through the plan): | (a) $3,664.04 |
| b. Prepetition arrearage paid by the trustee: | (b) $3,664.04 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) SEE REGISTRY IF APPLICABLE |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $0.00 |
| e. Allowed postpetition arrearage: | (e) $0.00 |
| f. Postpetition arrearage paid by the trustee: | + (f) $0.00 |
| g. **Total.** Add lines b, d, and f. | (g) $3,664.04 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.

■ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **ANTONIO E. FAREZ** | Case number *(if known)* | **18-12681** |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

_/s/_ 
Signature

Date  01/04/2023

Trustee     Marie-Ann Greenberg

Address    30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

Contact phone   (973) 227-2840

| Debtor 1 | **ANTONIO E. FAREZ** | | Case number *(if known)* | **18-12681** |
|---|---|---|---|---|
| | Name | | | |

18-12681

## CERTIFICATE OF SERVICE

I did this date serve the attached document(s) on the parties listed below by placing the same in the United States mail with proper postage affixed thereto and addressed as follows:

Debtor(s):

ANTONIO E. FAREZ
515 JERUSALEM RD.
SCOTCH PLAINS, NJ  07076

Debtor(s) Counsel:
CABANILLAS & ASSOCIATES, PC
120 BLOOMINGDALE ROAD
SUITE 400
WHITE PLAINS, NY  10605

Creditor:

KML LAW GROUP
216 HADDON AVE STE 406
WESTMONT, NJ  08108

US BANK NATIONAL ASSOCIATION
SPECIALIZED LOAN SERVICING LLC
6200 S QUEBEC STREET
GREENWOOD VILLAGE, CO  80111

Date:    1/4/2023            /s/  CharlesDArrigo

   30 TWO BRIDGES ROAD
   SUITE 330
   FAIRFIELD, NJ  07004-1550