Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JANUARY 4, 2023

**Chapter 13 Case # 18-12681**

Re:  ANTONIO E. FAREZ　　　　　　　　　　　　Atty:  CABANILLAS & ASSOCIATES, PC
　　　 515 JERUSALEM RD.　　　　　　　　　　　　　　　　　120 BLOOMINGDALE ROAD
　　　 SCOTCH PLAINS, NJ  07076　　　　　　　　　　　　 SUITE 400
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　WHITE PLAINS, NY  10605

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

### RECEIPTS (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/27/2018 | $1,980.00 | 1736758 | 03/29/2018 | $2,050.00 | 1672740 |
| 05/04/2018 | $2,050.00 | 1736871 | 06/08/2018 | $2,050.00 | 1736948 |
| 07/10/2018 | $2,340.00 | 1976770 | 07/31/2018 | $2,340.00 | 1976821 |
| 09/06/2018 | $2,340.00 | 1645799 | 10/11/2018 | $2,340.00 | 1976940 |
| 11/13/2018 | $2,340.00 | 1645864 | 12/11/2018 | $2,340.00 | 2125780 |
| 01/14/2019 | $2,340.00 | 1645950 | 02/12/2019 | $2,340.00 | 2125857 |
| 03/12/2019 | $2,340.00 | 2202808 | 04/10/2019 | $2,340.00 | 2125954 |
| 05/14/2019 | $2,340.00 | 2100868 | 06/12/2019 | $2,340.00 | 2317556 |
| 07/11/2019 | $2,340.00 | 2317594 | 08/13/2019 | $2,340.00 | 2216597 |
| 09/11/2019 | $2,340.00 | 2317709 | 10/10/2019 | $2,340.00 | 2174310 |
| 11/13/2019 | $2,340.00 | 2465819 | 12/11/2019 | $2,340.00 | 2203156 |
| 01/10/2020 | $2,340.00 | 2532049 | 02/12/2020 | $2,340.00 | 2495605 |
| 03/16/2020 | $2,340.00 | 2532127 | 04/16/2020 | $2,340.00 | 2532157 |
| 05/13/2020 | $2,340.00 | 2495771 | 06/10/2020 | $2,340.00 | 2495858 |
| 07/20/2020 | $2,340.00 | 2700596 | 08/18/2020 | $2,340.00 | 2627885 |
| 09/18/2020 | $2,340.00 | 2627938 | 10/14/2020 | $2,340.00 | 2627978 |
| 11/17/2020 | $2,340.00 | 2686955 | 12/17/2020 | $2,340.00 | 2628056 |
| 01/28/2021 | $2,340.00 | 2628088 | 02/17/2021 | $2,340.00 | 2628126 |
| 03/08/2021 | $2,340.00 | 2790150 | 04/12/2021 | $2,340.00 | 2809172 |
| 05/12/2021 | $2,340.00 | 2628249 | 06/15/2021 | $2,340.00 | 2628318 |
| 07/13/2021 | $2,340.00 | 2628352 | 08/09/2021 | $2,340.00 | 2628378 |
| 09/15/2021 | $2,340.00 | 2628436 | 10/08/2021 | $2,340.00 | 2628475 |
| 11/23/2021 | $2,340.00 | 3048101 | 12/13/2021 | $2,340.00 | 2628588 |
| 01/19/2022 | $2,340.00 | 2628615 | 02/10/2022 | $2,340.00 | 3048272 |
| 03/15/2022 | $2,340.00 | 2628687 | 04/08/2022 | $2,340.00 | 2628724 |
| 05/11/2022 | $2,340.00 | 3224529 | 06/10/2022 | $2,340.00 | 2628812 |
| 07/13/2022 | $2,340.00 | 2628852 | 08/15/2022 | $2,340.00 | 2628890 |
| 09/15/2022 | $2,340.00 | 2982031 | 10/07/2022 | $2,340.00 | 2628949 |
| 11/09/2022 | $2,340.00 | 3303195 | 12/08/2022 | $2,340.00 | 3390508 |

**Total Receipts: $134,490.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $134,490.00**

# CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 7,500.23 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CHASE CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | CITI | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | LOANCARE, LLC | MORTGAGE ARRE | 103,564.37 | 100.00% | 103,564.37 | 0.00 |
| 0006 | UNITED STATES TREASURY/IRS | PRIORITY | 10,352.58 | 100.00% | 10,352.58 | 0.00 |
| 0007 | US BANK NATIONAL ASSOCIATION | MORTGAGE ARRE | 3,664.04 | 100.00% | 3,664.04 | 0.00 |
| 0010 | SPECIALIZED LOAN SERVICING/SLS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | UNITED STATES TREASURY/IRS | UNSECURED | 6,554.61 | 100.00% | 6,115.33 | 439.28 |
| 0012 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 965.53 | 100.00% | 900.82 | 64.71 |
| 0013 | VERIZON BY AMERICAN INFOSOURCE L | UNSECURED | 194.35 | 100.00% | 181.33 | 13.02 |

**Total Paid: $132,278.70**
See Summary

# LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA), N.A. | | | | | | | |
| | 09/19/2022 | $64.68 | 897567 | | 10/17/2022 | $282.62 | 899234 |
| | 11/14/2022 | $276.76 | 900810 | | 12/12/2022 | $276.76 | 902366 |
| DITECH FINANCIAL LLC | | | | | | | |
| | 08/20/2018 | $1,685.88 | 807317 | | 10/22/2018 | $2,192.24 | 811194 |
| | 11/19/2018 | $2,131.22 | 813157 | | 12/17/2018 | $2,131.22 | 815035 |
| | 01/14/2019 | $2,131.22 | 816964 | | 02/11/2019 | $2,131.22 | 818861 |
| | 03/18/2019 | $2,131.22 | 820787 | | 04/15/2019 | $2,131.22 | 822834 |
| LOANCARE, LLC | | | | | | | |
| | 05/20/2019 | $2,131.22 | 8001060 | | 06/17/2019 | $2,169.64 | 8001106 |
| | 07/15/2019 | $2,169.64 | 8001149 | | 08/19/2019 | $2,169.64 | 8001190 |
| | 09/16/2019 | $2,169.64 | 8001231 | | 10/21/2019 | $2,226.14 | 8001276 |
| | 11/18/2019 | $2,142.52 | 0 | | 12/16/2019 | $2,142.52 | 8001356 |
| | 01/13/2020 | $2,142.52 | 0 | | 02/10/2020 | $2,142.52 | 8001432 |
| | 03/16/2020 | $2,142.52 | 8001471 | | 04/20/2020 | $2,142.52 | 8001515 |
| | 05/18/2020 | $2,034.04 | 8001566 | | 06/15/2020 | $2,034.04 | 8001626 |
| | 07/20/2020 | $2,090.54 | 8001688 | | 08/17/2020 | $2,090.54 | 8001745 |
| | 09/21/2020 | $2,090.54 | 8001806 | | 10/19/2020 | $2,090.54 | 8001865 |
| | 11/16/2020 | $2,090.54 | 8001922 | | 12/21/2020 | $2,090.54 | 8001977 |
| | 01/11/2021 | $2,090.54 | 8002033 | | 02/22/2021 | $2,090.54 | 8002092 |
| | 03/15/2021 | $2,090.54 | 8002145 | | 04/19/2021 | $2,090.54 | 8002200 |
| | 06/21/2021 | $2,090.54 | 8002302 | | 07/19/2021 | $4,248.87 | 8002350 |
| | 08/16/2021 | $2,124.44 | 8002404 | | 09/20/2021 | $2,124.44 | 8002455 |
| | 10/18/2021 | $2,124.44 | 8002497 | | 11/17/2021 | $2,147.04 | 8002550 |
| | 12/13/2021 | $2,147.04 | 8002600 | | 01/10/2022 | $2,147.04 | 8002651 |
| | 02/14/2022 | $2,147.03 | 8002705 | | 03/14/2022 | $2,147.04 | 8002756 |
| | 04/18/2022 | $2,180.94 | 8002805 | | 05/16/2022 | $2,180.93 | 8002854 |
| | 06/20/2022 | $2,180.94 | 8002908 | | 07/18/2022 | $2,180.93 | 8002960 |
| | 08/15/2022 | $2,180.94 | 8003011 | | 09/19/2022 | $1,681.81 | 8003058 |

Chapter 13 Case # 18-12681

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 07/16/2018 | $7,670.83 | 8000647 | | 08/20/2018 | $2,681.75 | 8000686 |
| | 09/19/2022 | $439.08 | 8003095 | | 10/17/2022 | $1,918.59 | 8003145 |
| | 11/14/2022 | $1,878.83 | 8003196 | | 12/12/2022 | $1,878.83 | 8003251 |
| US BANK NATIONAL ASSOCIATION | | | | | | | |
| | 08/20/2018 | $59.65 | 807425 | | 10/22/2018 | $77.56 | 811296 |
| | 11/19/2018 | $75.40 | 813255 | | 12/17/2018 | $75.40 | 815130 |
| | 01/14/2019 | $75.40 | 817060 | | 02/11/2019 | $75.40 | 818949 |
| | 03/18/2019 | $75.40 | 820881 | | 04/15/2019 | $75.40 | 822916 |
| | 05/20/2019 | $75.40 | 824876 | | 06/17/2019 | $76.76 | 826942 |
| | 07/15/2019 | $76.76 | 828806 | | 08/19/2019 | $76.76 | 830690 |
| | 09/16/2019 | $76.76 | 832765 | | 10/21/2019 | $78.76 | 834729 |
| | 11/18/2019 | $75.80 | 836839 | | 12/16/2019 | $75.80 | 838777 |
| | 01/13/2020 | $75.80 | 840660 | | 02/10/2020 | $75.80 | 842539 |
| | 03/16/2020 | $75.80 | 844409 | | 04/20/2020 | $75.80 | 846359 |
| | 05/18/2020 | $71.96 | 848324 | | 06/15/2020 | $71.96 | 850009 |
| | 07/20/2020 | $73.96 | 851763 | | 08/17/2020 | $73.96 | 853650 |
| | 09/21/2020 | $73.96 | 855418 | | 10/19/2020 | $73.96 | 857339 |
| | 11/16/2020 | $73.96 | 859130 | | 12/21/2020 | $73.96 | 860898 |
| | 01/11/2021 | $73.96 | 862794 | | 02/22/2021 | $73.96 | 864324 |
| | 03/15/2021 | $73.96 | 866300 | | 04/19/2021 | $73.96 | 867861 |
| | 06/21/2021 | $73.96 | 871575 | | 07/19/2021 | $150.33 | 873433 |
| | 08/16/2021 | $75.16 | 875123 | | 09/20/2021 | $75.16 | 876842 |
| | 10/18/2021 | $75.16 | 878639 | | 11/17/2021 | $75.96 | 880349 |
| | 12/13/2021 | $75.96 | 882002 | | 01/10/2022 | $75.96 | 883641 |
| | 02/14/2022 | $75.97 | 885311 | | 03/14/2022 | $75.96 | 887046 |
| | 04/18/2022 | $77.16 | 888700 | | 05/16/2022 | $77.17 | 890471 |
| | 06/20/2022 | $77.16 | 892124 | | 07/18/2022 | $77.17 | 893886 |
| | 08/15/2022 | $77.16 | 895456 | | 09/19/2022 | $59.51 | 897026 |
| VERIZON BY AMERICAN INFOSOURCE LP | | | | | | | |
| | 09/19/2022 | $13.02 | 898528 | | 10/17/2022 | $56.89 | 900127 |
| | 11/14/2022 | $55.71 | 901699 | | 12/12/2022 | $55.71 | 903222 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 04, 2023.

Receipts: $134,490.00   -   Paid to Claims: $124,778.47   -   Admin Costs Paid: $7,500.23   =   Funds on Hand: $2,211.30

Unpaid Balance to Claims: $517.01   +   Unpaid Trustee Comp: $0.00   =   Total Unpaid Balance: **($1,694.29)

**NOTE: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.